# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION,<br><br>*Defendant*. | Civil Action No. 18-3004 (TNM) |

## JOINT STATUS REPORT

The parties hereby submit this Joint Status Report, pursuant to the Court's April 1, 2019 Minute Order, to update the Court on this Freedom of Information Act ("FOIA") matter. The parties state as follows:

1. Plaintiff's Complaint in this matter relates to three FOIA requests submitted by Plaintiff to the U.S. Department of Transportation ("DOT" or "Defendant").

    a. Request No. 2018-374, dated August 6, 2018, requested certain external correspondence of the Deputy Secretary of Transportation and the Deputy Administrator of the National Highway Traffic Safety Administration ("NHTSA").

    b. Request No. 2019-32, dated October 17, 2018, requested certain external correspondence of the Secretary of Transportation, as well as the schedules since January 1, 2017 of the Secretary, the Deputy Secretary, and the Deputy Administrator.

    c. Request No. 2019-31, also dated October 17, 2018, requested certain correspondence to or from ten DOT employees, as well as the schedules since January 1, 2017 of those ten employees.

2. On March 22, 2019, Defendant produced responsive, non-exempt schedules for the Secretary and Deputy Secretary corresponding to the period February 2017 to March 2018, which amounted to approximately 3,400 pages. In this production, Defendant withheld information under FOIA Exemptions 4 (commercial, financial, trade secret), 5 (deliberative process), and 6 (personal information). *See* 5 U.S.C. §§ 552(b)(4)-(6); 49 C.F.R. §§ 7.23(c)(4)-(6). *See* 5 U.S.C. §§ 552(b)(4)-(6); 49 C.F.R. §§ 7.23(c)(4)-(6).

3. Defendant is currently in the process of collecting all remaining schedules for the requested employees, including Secretary Chao and Deputy Secretary Rosen. Defendant anticipates completing that collection by May 20, 2019.

4. On April 5, 2019, Defendant produced approximately 846 pages of responsive, non-exempt records from its collection of formal correspondence. In this production, Defendant withheld information under FOIA Exemptions 5 and 6.

5. Defendant's searches for emails responsive to Plaintiff's Requests have proceeded more quickly than previously contemplated. In the March 14, 2019 Joint Status Report, Defendant agreed to initiate email searches for four custodians by April 15, 2019, and for an additional five custodians by May 14, 2019. Defendant now reports that it has completed email searches for 10 of the 12 custodians and intends to complete all email searches for all custodians by May 20, 2019. With respect to the 10 custodians for whom Defendant has completed email searches, Defendant has identified over 6,500 of potentially responsive documents (including emails and attachments) and believes this volume represents over 10,000 pages of material, but has not calculated an exact page count. The parties continue to discuss potential means of expediting the processing and production of records.

6. Defendant made its first rolling production of additional documents on April 29, 2019, which consisted of 52 pages of records. In this production, Defendant withheld information under FOIA Exemptions 5 and 6.

7. Plaintiff is concerned with Defendant's first rolling production totaling only fifty-two pages after a month of retrieving and reviewing records. Plaintiff expects that Defendant's future rolling productions will more fully comply with the agency's obligation to timely produce responsive records. Defendant states that it has been acting in good faith to produce documents in a timely fashion consistent with the terms of the prior Joint Status Report, and that it intends to continue doing so.

8. The categories of documents that remain outstanding for Defendant to produce include: (1) the schedules of Secretary Chao and Deputy Secretary Rosen from March 2018 through the date that DOT begins searching for records; (2) schedules of the ten remaining custodians listed in Plaintiff's requests (King, Danielson, Giuseppe, Hagen, Kolodziej, Morris, Owens, Posten, Smith, and Tamm) from February 2017 through the date that DOT begins searching for records; and (3) e-mail correspondence from the twelve custodians listed in Plaintiff's requests (Chao, Rosen, King, Danielson, Giuseppe, Hagen, Kolodziej, Morris, Owens, Posten, Smith, and Tamm) from February 2017 through the date that Defendant begins searching for records.

9. Plaintiff has reviewed the documents produced as explained above and has identified what Plaintiff believes are gaps in the records produced. Additionally, Plaintiff has determined that it has objections to certain redactions made by Defendant. Plaintiff intends to discuss these issues with Defendant and seek a resolution in the near term. Defendant does not believe that there are any "gaps" in the records it has produced, and states that it only redacted material that is subject to one or more FOIA exemptions. Defendant nevertheless welcomes the opportunity to discuss these issues further with Plaintiff.

10. Defendant anticipates making its next rolling production by May 29, 2019 and another production by June 28, 2019. Consistent with the Court's April 1, 2019 Minute Order, the

parties will file a further joint status report by June 30, 2019, updating the Court on the status of the Defendant's processing of Plaintiff's Requests.

| | |
|---|---|
| Dated:  May 1, 2019 | Respectfully Submitted, |

KAPLAN KIRSCH & ROCKWELL LLP

Nathaniel H. Hunt (PHV)
Samantha R. Caravello (PHV)
1675 Broadway, Suite 2300
Denver, CO  80202
(303) 825-7000
nhunt@kaplankirsch.com
scaravello@kaplankirsch.com

/s/  *Tyler L. Burgess (by DSH with permission)*
Tyler L. Burgess (No. 1025617)
1634 I Street, NW, Suite 300
Washington, DC 20006
(202) 955-5600
tburgess@kaplankirsch.com

ENVIRONMENTAL DEFENSE FUND
Benjamin Levitan (No. NY0253)
Erin Murphy (No. D00532)
1875 Connecticut Ave. NW, Suite 600
Washington, D.C. 20009
(202) 387-3500
blevitan@edf.org
emurphy@edf.org

*Counsel for Environmental Defense Fund*

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:  /s/  *Derek S. Hammond*
DEREK S. HAMMOND, D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511
derek.hammond@usdoj.gov

*Counsel for U.S. Department of Transportation*