# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION,<br><br>Defendant. | No. 1:18-cv-03004-CJN<br><br><br>Hon. Carl J. Nichols |

## NOTICE OF WITHDRAWAL

To the Clerk of Court and all parties of record:

Pursuant to LCvR 83.6(b), please withdraw the appearance of Tyler L. Burgess as counsel for Plaintiff Environmental Defense Fund. The basis for this withdrawal is that Ms. Burgess will be leaving her employment with Kaplan Kirsch & Rockwell LLP on June 28, 2019. The undersigned attorneys who have appeared on Plaintiff's behalf from Kaplan Kirsch & Rockwell LLP will continue to represent Plaintiff in this matter.

Respectfully submitted this 28th day of June, 2019,

    KAPLAN KIRSCH & ROCKWELL LLP

    Nathaniel H. Hunt (PHV)
    Samantha R. Caravello (PHV)
    1675 Broadway, Suite 2300
    Denver, CO  80202
    (303) 825-7000
    nhunt@kaplankirsch.com
    scaravello@kaplankirsch.com

    /s/  *Tyler L. Burgess*
    Tyler L. Burgess (No. 1025617)

1634 I Street, NW, Suite 300
Washington, DC 20006
(202) 955-5600
tburgess@kaplankirsch.com

ENVIRONMENTAL DEFENSE FUND
Benjamin Levitan (No. NY0253)

/s/  *Erin Murphy*
Erin Murphy (No. D00532)
1875 Connecticut Ave. NW, Suite 600
Washington, D.C. 20009
(202) 387-3500
blevitan@edf.org
emurphy@edf.org

*Counsel for Environmental Defense Fund*